IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 17 2012

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. M-09-799 |
| JEFFREY GEORGE OSTFELD | § | |

## ORDER

The Court has considered the Government's First Motion for Leave to File Government's Objections to Pre-Sentence Investigation Report Out of Time and finding it *should be granted* ~~to be meritorious~~, the Court GRANTS said Motion.

IT IS THEREFORE ORDERED that the Government is hereby permitted to file with the U.S. District Clerk the following *objections to pre-sentence report* ~~responses to motion(s)~~ out of time:

1.  Government's Objections to Pre-Sentence Investigation Report.

SIGNED this the 17th day of June, 2012, at McAllen, Texas.

RICARDO HINOJOSA
CHIEF JUDGE PRESIDING
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS